Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff.
TERRI WHYTE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI WHYTE,<br><br>  Plaintiff,<br><br>  v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>  Defendant. | Case No. 2:08-cv-02969-MCE-KJM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>**Fed. R. Civ. P. 41(a)(1)** |

Plaintiff, TERRI WHYTE, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on or about 12/5/2008. NCO filed its response to the complaint on 12/31/2008. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

1

Stipulation of Dismissal and [Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: | 2/17/09 | KROHN & MOSS, LTD. |
| | | /s/ Nicholas J. Bontrager |
| | | Nicholas J. Bontrager, Esq. |
| | | Attorney for Plaintiff, |
| | | TERRI WHYTE |
| | | |
| Dated: | 2/17/09 | SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP |
| | | /s/Albert R. Limberg, |
| | | Albert R. Limberg, Esq. |
| | | Attorney for Defendant, |
| | | NCO Financial Systems, Inc. |

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: February 19, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation of Dismissal and [Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com